UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GROVER WAYNE PEAVY,

    Petitioner,

v.                               Case No. 3:05-cv-1100-J-20MCR

STATE OF FLORIDA, et al.,

    Respondents.

## ORDER OF TRANSFER

It appears from the record that the judgment of conviction against which relief is sought was entered by the Circuit Court, in and for **Polk** County, Florida. Therefore, pursuant to Local Rule 1.02(c) and 28 U.S.C. § 2241(d), this case is transferred to the **Tampa** Division of this Court for all further proceedings, and the Clerk shall immediately forward the file to that Division.

**DONE AND ORDERED** at Jacksonville, Florida, this _24_ day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

ps 10/24
c:
Grover Wayne Peavy